**UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF FLORIDA**

**CIVIL DIVISION**
Case No. __________- Civ

Jose Antonio Caraballo
and
Isabella Raquel Jorge,

Plaintiff.

vs.

United States Postal Service, United States of America.

Defendant.
_________________________/

**COMPLAINT**

Comes now Plaintiffs, Jose Antonio Caraballo and Isabella Raquel Jorge, by and through his undersigned attorney, and sue Defendant, United States Postal Service, United States of America, and for cause of action allege and aver as follows:

**STATEMENT OF FACTS**

1. This is an action for motor vehicle negligence and bodily injury negligence cognizable under the Federal Tort Claims Act, 28 U.S.C. §1346(b)(1). The amount in controversy exceeds $75,000.00, exclusive of costs, interest, and attorney's fees.

2. That on or about February 3, 2018, more than six months before this action was instituted and within the applicable statute of limitation imposed by 28 U.S.C. §2401, Plaintiff, Jose Antonio Caraballo operated the 2016 Toyota that was owned by Plaintiff Isabella Raquel Jorge at or near the intersection of State Road 817 and NW. 5th St. in Plantation, Broward County, Florida. Plaintiff Jose Antonio Caraballo was traveling north on State Road 817 approaching SW. 5th St. in Plantation when a truck rented by the Defendant United States Postal Service, United States of America ("USPS") operated by Cullen Felder, who at the time was in the scope and course of his employment with the Defendant negligently crashed into the vehicle driven by Plaintiff Jose Antonio Caraballo.

3. Plaintiff Isabella Raquel Jorge 2016 Toyota suffered was severely damaged as a result of the automobile accident.

4. Plaintiff, Jose Antonio Caraballo, sustained multiple bodily injuries.

5. Plaintiff, Jose Antonio Caraballo, submitted an administrative claim to USPS on October 29, 2018 by certified mail. *See* Administrative Claim, attached hereto as Exhibit A.

6. Plaintiff, Isabella Raquel Jorge, submitted an administrative claim to USPS on October 29, 2018 by certified mail. *See* Administrative Claim, attached hereto as Exhibit B.

7. On January 15, 2020, Defendant denied Plaintiffs' claims.

8. Defendant USPS is an agency of Defendant United States of America engaged in the service of dealing and collecting mail throughout the United States of America, including and Miami, Miami-Dade County, Florida.

**JURISDICTION & VENUE**

9. This Court has jurisdiction over this claim against the United States of America for money damages pursuant to 28 U.S.C. § 1346(b)(1); as the damages complained by the Plaintiffs in this case arise from a motor vehicle accident, caused by an employee working for the Defendant, specifically, an employee of the Defendant.

10. The acts or omissions giving rise to the claim occurred in Broward County, Florida. Venue is therefore proper in the Southern District of Florida under U.S.C. § 1402(b).

**PARTIES**

11. At all times material to this action, Plaintiffs were and continue to be, residents of Miami-Dade County, Florida.

12. At all times material hereto, Defendant, is a federal entity that was created by the Congress of the United States, which primary purpose is the delivery of mail in the United States, including but not limited to Miami, Dade County, Florida.

**DEFENDANT'S NEGLIGENCE**

13. Plaintiff incorporates paragraphs 1-11 of this Complaint as if fully set forth herein.

14. On or about February 3, 2018, at or near North S.R. 817 and N.W. 5th St., the Defendant, operated a USPS Freight Truck, bearing VIN Number 3AKJGEDVXFSGA1535, which was used by Defendant.

15. Defendant has in its employ and/or agency various employees, over which it exercised control and supervision. At all times material to this action, Defendant authorized these agents and employees to act for Defendant when they committed the negligent and wrongful acts alleged herein. Defendant's agents and employees accepted the undertaking of acting on

behalf of Defendant when they committed the negligent and wrongful acts alleged herein.

16. Defendant had control over its agents and employees when they committed the negligent and wrongful acts alleged herein.

17. The negligent and wrongful act of Defendant's agent and employee was committed while acting within the course and scope of their employ and/or agency with Defendant. Thus, Defendant is liable for the actions of its agents and employees when they committed the negligent acts alleged herein.

18. At the aforesaid time and place, the Defendant, negligently and carelessly operated and/or maintained said motor vehicle so that it violently collided with Plaintiff, Jose Antonio Caraballo, causing bodily injury to Plaintiff, Jose Antonio Caraballo, and damage to Plaintiff Isabella Raquel Jorge's 2016 Toyota.

19. As a direct and proximate result of the aforesaid negligence of the Defendant, the Plaintiff, Jose Antonio Caraballo, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization,

medical and nursing care and treatment and loss of earning capacity, both present and future. The losses are either permanent or continuing and the Plaintiff Joseph Martinez, will suffer said losses in the future.

20. Plaintiff Isabella Raquel Jorge's 2016 Toyota was totaled as a result of Defendant's negligence and she suffered from the actual cash value of her leased vehicle, interest, tax tag and title as well as loss of use of a vehicle.

**PRAYER FOR RELIEF**

21. Plaintiff, Isabella Raquel Jorge and Plaintiff, Jose Antonio Caraballo seek a judgment against Defendant for damages to be determined at trial or via a summary judgment motion, and for all other further relief as the Court may deem just and equitable.

WHEREFORE, Plaintiffs' demand judgment against the Defendant for an amount within the jurisdictional limits of this Court, to wit: in excess of $75,000.00 plus court costs and attorney's fees and any other damages the Court deems appropriate. Plaintiffs' additionally demand for a trial by jury as to all triable issues in this matter.

Dated: January 31, 2020 Respectfully submitted,

Jose Antonio Caraballo v. United States of America
Complaint

George A. David, P.A.
395 Alhambra Circle, Suite 301 Coral Gables, FL 33134
(305) 569-9980 - phone
(305) 569-9982 - fax

By: ______________________
George A. David, Esq.
Florida Bar No.: 874700

7

# Exhibit "A"

GEORGE A. DAVID, PA
ATTORNEYS AT LAW

395 ALHAMBRA CIR., SUITE 301
CORAL GABLES, FL 33134
GADESERVICE@GMAIL.COM
TELEPHONE: (305) 569-9980 FACSIMILE: (305) 569-9982

October 29, 2018

**Sent Via Certified Mail**
**Receipt No: 7014 2120 0003 5198 7554**
USPS
ATTN: Michelle Browder
PO Box 6127
Ft. Lauderdale, FL, 33310

**Re: Claimant : Jose Antonio Caraballo**
**Date of Loss : 2/3/2018**
**USPS's driver : Cullen Cecil Felder**

Dear Claim Representative:

Please be advised that this office represents Jose Antonio Caraballo in all aspects regarding the above referenced claim. This letter serves as Demand against the USPS for the damages incurred by Jose Antonio Caraballo from the accident with the USPS driver Cullen Cecil Felder on February 3, 2018.

This letter is in response to your letter sent on September 26, 2018 requesting the Standard Form 95, Claim for Damage, Injury or Death to present an administrative tort claim with United States Postal Service pursuant to the provisions of the Federal Tort Claims act conforming with Title 28, United States Code 1346, 2671-2680 and Title 28, Code of Federal Regulations, Part 14. The SF 95 form enclosed states in specificity, sufficient facts to allow the USPS to investigate its liability and a sum amount of injuries and damages caused by the accident on February 3, 2018. Enclosed you will find supporting documentation including the police report in reference to the above referred accident, copies Jose Antonio's medical records, medical bills, photographs of the incident, the vehicle damage reports, and any additional bills associated with the referenced incident.

Please consider this letter as our demand pursuant to 28 U.S.C 2401(b), that a tort claim against the United States shall be presented in writing to the appropriate Federal Agency within two years after such claim accrues.

Please make checks payable to George A. David, P.A., Trust Account. If you have any further questions concerning this matter, please do not hesitate to contact me at your earliest convenience.

Thank you for your anticipated cooperation and assistance in regard to the above.

Very truly yours,

George A. David, Esq.

GAD:jd
Encl.

# CLAIM FOR DAMAGE, INJURY, OR DEATH

**INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

FORM APPROVED OMB NO. 1105-0008

1. Submit to Appropriate Federal Agency:

United States Postal Service

2. Name, address of claimant, and claimant's personal representative if any (See instructions on reverse). Number, Street, City, State and Zip code.

Jorge Antonio Caraballo Rodriguez, 16900 N. Bay Rd., Apt. 912, Sunny Isl Bch, FL 33160
George A. David, Esq., 395 Alhambra Cir., Suite 301, Coral Gables, FL 33134

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| [ ] MILITARY [X] CIVILIAN | 03/26/1983 | Single | 02/03/2018 | 8:17 A.M. |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

On 02/02/18 Jose Antonio Caraballo Rodriguez was traveling north on SR 817 St (N University Dr) to his home in Sunrise, FL. He was driving in far right lane and USPS was traveling in front of him in the middle lane. The USPS truck attempted to make a u-turn and while slowing down to make the turn the trucks trailer entered Mr. Caraballo's lane and struck his vehicle on the front drivers side. The impact was strong enough that Mr. Caraballo struck his face on the steering wheel and lost consciousness. Mr. Caballo was trapped in the crushed car. Mr. Caraballo suffered a fractured nose and severe wound on his tongue.

9. **PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

Isabella Raquel Jorge, 16900 N. Bay Rd., Apt.912, Sunny Isl Bch, Fl 33160

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

2016 Toyora Corolla VIN: 5BURHE7GP374459 Located: Euro American Classic 3501 NW 29th Avenue Miami, FL 33142
Vehicle is a total loss. Vehicle is above threshold and is risk to be put back on road.

10. **PERSONAL INJURY/WRONGFUL DEATH**

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

During the accident, Mr Caraballo injured his tongue requiring seven stitches. He fractured his nose requiring re-constructive surgery. His medical examination states that "in the best case scenario, the patient will have permanent scarring, deformity, and disfigurement which is causally related to trauma of the aforementioned date." He is currently suffering from intense and frequent headaches. The deformity to his nose has affected his breathing and preventing him from sleeping efficiently at night.

11. **WITNESSES**

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Chris Fishey | 770 SW 60th Ave, Plantation FL 33317 |

12. (See instructions on reverse). **AMOUNT OF CLAIM** (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| 0.00 | 1,000,000 | 0.00 | 1,000,000 |

**I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.**

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| | 305-569-9980 | |

**CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM**

The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729).

**CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS**

Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.)

INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance? [X] Yes If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. [ ] No

Infinity Auto Insurance Company
P.O. Box 830807
Birmingham, AL 35283-0807

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? [ ] Yes [X] No

17. If deductible, state amount.

0.00

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

The vehicle involved does not carry comprehensive and collision coverage.

19. Do you carry public liability and property damage insurance? [X] Yes If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). [ ] No

Infinity Auto Insurance Company
P.O. Box 830807
Birmingham, AL 35283-0807

INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* **Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.

A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.

C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.

D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

# Exhibit "B"

GEORGE A. DAVID, PA
ATTORNEYS AT LAW

395 ALHAMBRA CIR., SUITE 301
CORAL GABLES, FL 33134
GADESERVICE@GMAIL.COM

TELEPHONE (305) 569-9980 FACSIMILE (305) 569-9982

October 29, 2018

**Sent Via Certified Mail**
**Receipt No: 7014 2120 0003 5198 7561**
USPS
ATTN: Michelle Browder
PO Box 6127
Ft. Lauderdale, FL, 33310

**Re: Claimant : Isabella Raquel Jorge**
**Date of Loss : 2/3/2018**
**USPS's driver : Cullen Cecil Felder**

Dear Claim Representative:

Please be advised that this office represents Isabella Raquel Jorge in all aspects regarding the above referenced claim. This letter serves as Demand against the USPS for the damages incurred by Isabella Raquel Jorge from the accident with the USPS driver Cullen Cecil Felder on February 3, 2018.

This letter is in response to your letter sent on September 26, 2018 requesting the Standard Form 95, Claim for Damage, Injury or Death to present an administrative tort claim with United States Postal Service pursuant to the provisions of the Federal Tort Claims act conforming with Title 28, United States Code 1346, 2671-2680 and Title 28, Code of Federal Regulations, Part 14. The SF 95 form enclosed states in specificity, sufficient facts to allow the USPS to investigate its liability and a sum amount of injuries and damages caused by the accident on February 3, 2018. Enclosed you will find supporting documentation including the police report in reference to the above referred accident, photographs of the incident, the vehicle damage reports, and any additional bills associated with the referenced incident.

Please consider this letter as our demand pursuant to 28 U.S.C 2401(b), that a tort claim against the United States

shall be presented in writing to the appropriate Federal Agency within two years after such claim accrues.

Please make checks payable to George A. David, P.A., Trust Account. If you have any further questions concerning this matter, please do not hesitate to contact me at your earliest convenience.

Thank you for your anticipated cooperation and assistance in regard to the above.

Very truly yours,

George A. David, Esq.

GAD:jd
Encl.

# CLAIM FOR DAMAGE, INJURY, OR DEATH

INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

FORM APPROVED OMB NO. 1105-0008

1. Submit to Appropriate Federal Agency:

United States Postal Service

2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code.

Isabella Raquel Jorge, 16900 N. Bay Rd., Apt. 912, Sunny Isl Bch, FL 33160
George A. David, Esq., 395 Alhambra Cir., Suite 301, Coral Gables, FL 33134

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY ☒ CIVILIAN | 04/27/1990 | Single | 02/03/2018 | 8:17 A.M. |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

On 02/02/18 Jose Antonio Caraballo Rodriguez was traveling north on SR 817 St (N University Dr) to his home in Sunrise, FL. He was driving in far right lane and USPS was traveling in front of him in the middle lane. The USPS truck attempted to make a u-turn and while slowing down to make the turn the trucks trailer entered Mr. Caraballo's lane and struck his vehicle on the front drivers side. The impact was strong enough that Mr. Caraballo struck his face on the steering wheel and lost consciousness. Mr. Caballo was trapped in the crushed car. Mr. Caraballo suffered a fractured nose and severe wound on his tongue.

9. PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

Isabella Raquel Jorge, 16900 N. Bay Rd., Apt.912, Sunny Isl Bch, Fl 33160

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

2016 Toyora Corolla VIN: 5BURHE7GP374459 Located: Euro American Classic 3501 NW 29th Avenue Miami, FL 33142
Vehicle is a total loss. Vehicle is above threshold and is risk to be put back on road.

10. PERSONAL INJURY/WRONGFUL DEATH

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

11. WITNESSES

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Chris Fishey | 770 SW 60th Ave, Plantation FL 33317 |

12. (See instructions on reverse). AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| 18,000.00 | | 0.00 | 18,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| [signature] | 305-569-9980 | |

**CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM**

The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729).

**CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS**

Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.)

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident insurance? [X] Yes If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. [ ] No

Infinity Auto Insurance Company
P.O. Box 830807
Birmingham, AL 35283-0807

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? [ ] Yes [X] No

17. If deductible, state amount.

0.00

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

The vehicle involved does not carry comprehensive and collision coverage.

19. Do you carry public liability and property damage insurance? [X] Yes If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). [ ] No

Infinity Auto Insurance Company
P.O. Box 830807
Birmingham, AL 35283-0807

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* **Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.

A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.
B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.